## Create a PDF from a scanned document

1. Choose File > Create PDF > From Scanner, or click the Create PDF button and choose From Scanner.

2. Select your scanner device in the Create PDF from Scanner dialog box.

3. Choose Single-Sided or Double-Sided, and specify whether to create a new PDF document or append the converted scan to an open PDF document.

4. Choose a compatibility level, and whether to remove edge shadows and to compress pages for compactness.

5. Use the slide bar to set compression and quality. The default creates compact pages of good quality.

6. Click Scan. Your scanning operation and available options vary with the type of scanner you have.

You may also want to:

Correct words on scanned pages

---

Create PDF Topics

Scanning pages in complete Help

Converting scanned pages to searchable text in complete Help

Correcting words on captured pages in complete Help

Scanning tips in complete Help

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | **Civil Action No.:** |
| | : | **3:03CV1034 (AVC)** |
| vs. | : | |
| | : | |
| **Michael Cusano, Marie Cusano and James** | : | |
| **Cusano** | : | **April 21, 2004** |

### MOTION FOR CLARIFICATION

The undersigned respectfully requests clarification from the Court with regard to a settlement conference order which is scheduled for May 6, 2004 at 10:00 a.m. in the above matter. Pursuant to the order, it appears that the plaintiff must appear in Court with her attorney on the date of the settlement conference. In this case, the plaintiff resides in Arizona. As a result of her several physical and emotional injuries, travel is very difficult for the plaintiff. Additionally, the plaintiff has limited financial resources and paying for round trip air fare to attend a settlement conference in Connecticut would amount to a substantial hardship.

Furthermore, the liability carrier has consistently maintained a no pay position in this matter. As a result, it does not appear likely that a settlement will be reached.

Counsel for the defendants, Michael McDonnell, has no objection to the plaintiff not attending the settlement conference in person.

Based on the foregoing, the undersigned respectfully requests permission of the Court to allow the plaintiff to not attend the settlement conference but be available by phone.

THE PLAINTIFF

BY /s/ Joseph M. Porto
JOSEPH M. PORTO
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

### ORDER

The foregoing Motion having been presented, IT IS HEREBY ORDERED: GRANTED/DENIED.

THE COURT

BY:_____
JUDGE/CLERK

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 21st day of April, 2004 to Attorney Michael L. McDonnell, 700 Stanley Drive, New Britain, CT 06050.

_____
JOSEPH M. PORTO
Commissioner of the Superior Court