FILED

2004 APR 22 A 11: 24

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: |
| vs. | : | 3:03CV1034 (AVC) |
| Michael Cusano, Marie Cusano and James Cusano | : | April 21, 2004 |

## MOTION FOR CLARIFICATION

The undersigned respectfully requests clarification from the Court with regard to a settlement conference order which is scheduled for May 6, 2004 at 10:00 a.m. in the above matter. Pursuant to the order, it appears that the plaintiff must appear in Court with her attorney on the date of the settlement conference. In this case, the plaintiff resides in Arizona. As a result of her several physical and emotional injuries, travel is very difficult for the plaintiff. Additionally, the plaintiff has limited financial resources and paying for round trip air fare to attend a settlement conference in Connecticut would amount to a substantial hardship.

Furthermore, the liability carrier has consistently maintained a no pay position in this matter. As a result, it does not appear likely that a settlement will be reached.

Counsel for the defendants, Michael McDonnell, has no objection to the plaintiff not

```
3:03CV1034(AVC). April 27, 2004. The settlement conference having
been cancelled, the motion for clarification (document no. 10) is
DENIED as moot.
SO ORDERED.
                      Alfred V. Covello, U.S.D.J.
```