FILED

2004 JUL 14 A 11: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD, CT.

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| Michael Cusano, Marie Cusano and James | : | |
| Cusano | : | July 13, 2004 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT HARTFORD:

Please enter my appearance as counsel for the Plaintiff, Darla Patton, in addition to counsel of record in the above-entitled case

Dated at Hamden, Connecticut this 13th day of July, 2004.

JOHN MICHAEL PARESE
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291

I:\persinj\Dolginoff\pleading\JPII appearance.doc

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 13th day of July, 2004, to all counsel and parties of record as follows:

**COUNSEL FOR Michael Cusano, Marie Cusano and James Cusano**

Michael L. McDonnell, Esq.
700 Stanley Drive
New Britain, CT 06050

JOHN MICHAEL PARESE
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291