UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DARLA PATTON f/k/a
DARLA DOLGINOFF

      V.                      CASE NO. 3:03CV01034(AVC)

MICHAEL CUSANO, MARIE
CUSANO & JAMES CUSANO

## O R D E R

The plaintiff having failed to comply with the Court's Pretrial Order of June 3, 2004 requiring the filing of the trial memorandum on or before July 3, 2004, it is hereby ordered pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41, that the plaintiff file and serve on or before August 17, 2004, a status report showing why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated at Hartford, Connecticut, this ___ day of August, 2004.

                                             /s/ AVC
                                           Alfred V. Covello
                                           United States District Judge