UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: 303CV01034(AVC) |
| | : | |
| vs. | : | |
| | : | |
| **Michael Cusano, Marie Cusano and James Cusano** | : | |
| | : | August 6, 2004 |

## STATUS REPORT

The plaintiff respectfully responds to the Court's order requesting that the plaintiff file a status report showing why this action should not be dismissed for failure to prosecute.

On July 12, 2004, plaintiff's counsel received an e-mail from Joann Walker, Court Room Deputy Clerk, and on the same day, had a telephone conversation with Ms. Walker regarding the fact that the parties have failed to file a pre-trial order on or by June 3, 2004 pursuant to an e-mail concerning the same. Both plaintiff's counsel and defense counsel explained to Ms. Walker that neither office had received e-mails from the clerk's office concerning the pre-trial memorandum. In fact, the first e-mail plaintiff's counsel ever received from the court regarding the above-captioned action was the e-mail by Ms. Walker dated July 12, 2004.

Immediately after the e-mail was received, plaintiff's counsel prepared a pretrial memorandum and forwarded the same to Attorney McDonnell for his review and comment. The

parties have actively discussed the pretrial memorandum and submitted the same to the Court on August 6, 2004.

The plaintiff submits that neither party has been derelict in its duties to prosecute and/or defend this case.  In fact, the parties long ago completed written discovery and have engaged in depositions.  The parties, however, intend to depose additional parties, including one of the plaintiff's expert witness who maintains a psychiatric practice in Texas.  Arrangements are being made to conduct the expert's deposition via video teleconferencing.  In addition, defense counsel has represented that he intends to depose the Plaintiff when she appears in this state for trial.

Plaintiff's counsel has discussed this matter with Defense Counsel, who represented that he has no objection to this case proceeding forward for a trial on the merits.  Accordingly, the undersigned respectfully asks the Court not to dismiss the above-captioned action, but rather, to allow both parties to proceed with a trial on the merits.  Parenthetically, both parties submit that they each have been in contact with the clerk's office and are working on resolving the technical difficulties which have thus far prohibited the parties from receiving e-mail updates regarding the status of this action.

        THE PLAINTIFF


        BY_____
        JOHN MICHAEL PARESE
        Parrett, Porto, Parese & Colwell, P.C.
        2319 Whitney Avenue, Suite 1D
        Hamden, CT 06518
        Phone: (203) 281-2700
        Fax: (203) 281-0700
        Federal Bar No.: CT25291

### **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid this ___ day of August, 2004 to Attorney Michael L. McDonnell, 700 Stanley Drive, New Britain, CT 06050.


_____
JOHN MICHAEL PARESE
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291