UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| **vs.** | : | |
| | : | |
| **Michael Cusano, Marie Cusano and James** | : | |
| **Cusano** | : | October 5, 2004 |

## JOINT PARTY REQUEST FOR EXTENSION OF TIME

Counsel for the Plaintiff and the Defendants join in requesting that the Court afford both parties additional time to conduct depositions. The parties had previously agreed to complete depositions by January 1, 2005. The parties respectfully request until October 22, 2004 to complete depositions.

On September 28, 2004, the parties met with PJO Reed Murphy. After consultation with Attorney Murphy, the parties agreed that further settlement discussions would require additional depositions. The parties arranged for a second meeting with Attorney Murphy on October 28, 2004 to continue settlement discussions in light of the additional discovery.

For the foregoing reason, the parties respectfully request additional time to take depositions.

DATE: 10/6/04

THE PLAINTIFF

BY: _____
Joseph M. Porto, Esq.
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

DATE: 10/6/04

THE DEFENDANTS

BY: _____
Michael L. McDonnell, Esq.
Federal Bar No.: CT 04108
700 Stanley Drive
New Britain, CT 06050
(860) 827-4351

## ORDER

The foregoing request to extend the time to complete depositions by October 22, 2004, IS HEREBY ORDERED:

GRANTED / DENIED.

THE COURT

BY:_____
      JUDGE/CLERK
