


3:03CV01034   October 13, 2004. GRANTED. The parties shall have until October 22, 2004 to complete depositions.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| Michael Cusano, Marie Cusano and James | : | |
| Cusano | : | October 5, 2004 |

### JOINT PARTY REQUEST FOR EXTENSION OF TIME

Counsel for the Plaintiff and the Defendants join in requesting that the Court afford both parties additional time to conduct depositions. The parties had previously agreed to complete depositions by January 1, 2005. The parties respectfully request until October 22, 2004 to complete depositions.

On September 28, 2004, the parties met with PJO Reed Murphy. After consultation with Attorney Murphy, the parties agreed that further settlement discussions would require additional depositions. The parties arranged for a second meeting with Attorney Murphy on October 28, 2004 to continue settlement discussions in light of the additional discovery.

For the foregoing reason, the parties respectfully request additional time to take depositions.

C:\Documents and Settings\cahoyt\Local Settings\Temporary Internet Files\OLK67\Extensionoftime.DOC