UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| Michael Cusano, Marie Cusano and James | : | |
| Cusano | : | February 3, 2005 |

## MOTION FOR CLARIFICATION

Plaintiff's counsel spoke with Joanne Walker, Clerk of the Court on February 3, 2005. Ms. Walker explained that the Court has scheduled two cases for jury selection and trial beginning on February 10, 2005. One of the cases is Darla Patton fka Darla Dolginoff vs. Michael Cusano, et al., and the other case, (name unknown), is a breach of contract case which has been pending for a longer time than the Patton matter and will likely take five to six days to try. The Patton matter will likely conclude after three days of testimony. Additionally, the plaintiff in the Patton matter has arranged and paid for flights from Texas to Hartford. The plaintiff is scheduled to arrive in Connecticut on February 8, 2005, and is scheduled to leave on February 18, 2005. As a result of the plaintiff's significantly diminished financial position and significantly impaired physical, mental and emotional conditions, the plaintiff requires the assistance of her daughter who is scheduled to accompany the plaintiff on her flight and stay in Connecticut. The plaintiff's daughter arranged,

I:\persinj\Dolginoff\pleading\Mot.4.Clar..DOC

well in advance, with her employer to have this specific period of time off so that she could accompany and assist the plaintiff in traveling to Connecticut and lend assistance to her mother as needed during the trial.

Ms. Walker explained that the Patton matter may remain trial ready and that testimony may commence at any time between February 10, 2005 and February 25, 2005. To require the plaintiff to rearrange her travel plans may prohibit the plaintiff from having her case heard as the changes will likely be cost prohibitive and on this short notice, the plaintiff's daughter will not likely be able to get additional time off from work.

Accordingly, it is respectfully submitted that the Court allow the Patton matter to proceed immediately to evidence following jury selection which is scheduled for February 10, 2005. By copy of this motion, I have notified opposing counsel, Michael McDonnell, of the plaintiff's request.

THE PLAINTIFF

BY: _____
Joseph M. Porto, Esq.
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

I:\persinj\Dolginoff\pleading\Mot.4.Clar..DOC

2

## **ORDER**

The foregoing Motion having been presented, IT IS HEREBY ORDERED:

GRANTED/DENIED.

                         THE COURT

                         BY:_____
                               JUDGE/CLERK

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing has been sent via certified mail, postage prepaid this ___ day of February, 2005 to Attorney Michael L. McDonnell, 700 Stanley Drive, New Britain, CT 06050.

                         _____
                         Joseph M. Porto, Esq.
                         Federal Bar No.: CT 17413
                         Parrett, Porto, Parese & Colwell, P.C.
                         2319 Whitney Avenue
                         Hamden, CT 06518
                         Phone (203) 281-2700