3:03CV1034 (AVC). February 9, 2005. The motion for clarification is GRANTED. The case is set for jury selection on February 10, 2005. The jury trial will commence on Monday, February 14, 2005. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 FEB -7 A 11: 59
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| Michael Cusano, Marie Cusano and James Cusano | : | February 3, 2005 |

### MOTION FOR CLARIFICATION

Plaintiff's counsel spoke with Joanne Walker, Clerk of the Court on February 3, 2005. Ms. Walker explained that the Court has scheduled two cases for jury selection and trial beginning on February 10, 2005. One of the cases is <u>Darla Patton fka Darla Dolginoff vs. Michael Cusano, et al.</u>, and the other case, (name unknown), is a breach of contract case which has been pending for a longer time than the Patton matter and will likely take five to six days to try. The Patton matter will likely conclude after three days of testimony. Additionally, the plaintiff in the Patton matter has arranged and paid for flights from Texas to Hartford. The plaintiff is scheduled to arrive in Connecticut on February 8, 2005, and is scheduled to leave on February 18, 2005. As a result of the plaintiff's significantly diminished financial position and significantly impaired physical, mental and emotional conditions, the plaintiff requires the assistance of her daughter who is scheduled to accompany the plaintiff on her flight and stay in Connecticut. The plaintiff's daughter arranged,

I:\persinj\Dolginoff\pleading\Mot.4.Clar..DOC