UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: |
| | : | 303CV01034 (AVC) |
| vs. | : | |
| | : | |
| **James Cusano** | : | February 8, 2005 |

### NOTICE OF FILING AMENDED COMPLAINT

The plaintiff in the above captioned matter files the Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a). The undersigned represents that opposing counsel, Michael L. McDonnell, has consented to the Amended Complaint attached hereto.

THE PLAINTIFF

BY _____
JOSEPH M. PORTO
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via firs class mail, postage prepaid this 5th day of February, 2005 to Attorney Michael L. McDonnell, 700 Stanley Drive, New Britain, CT 06050.

						_____
						Joseph M. Porto, Esq.
						Federal Bar No.: CT 17413
						Parrett, Porto, Parese & Colwell, P.C.
						2319 Whitney Avenue
						Hamden, CT 06518
						Phone (203) 281-2700