FILED

2005 FEB 10  A 11: 52

UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT
                                                                    HARTFORD, CT.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | **Civil Action No.:** |
| | : | 303CV01034 (AVC) |
| **vs.** | : | |
| | : | |
| **James Cusano** | : | **February 8, 2005** |

## AMENDED COMPLAINT

JURISDICTION AND PARTIES

1.      This court has jurisdiction of this suit pursuant to 28 USC §1332, in that there is complete diversity of citizenship between the parties and the matter in controversy exceeds the sum of seventy-five thousand ($75,000.00) dollars, exclusive of interests and costs.

2.      The plaintiff, Darla Patton f/k/a Darla Dolginoff (hereinafter "Darla Patton") is a resident of the State of Texas.

3.      The defendant James Cusano is a resident of the State of Connecticut.

4.      Michael Cusano and Marie Cusano are the parents of the defendant James Cusano.

NATURE OF THE ACTION

5.      Plaintiff brings this Diversity of Citizenship action for personal injuries as a result of the defendant's negligence and/or reckless conduct.

FIRST COUNT: (Negligence against James Cusano)

6.    The plaintiff adopts by reference and re-alleges each and every allegation set forth in paragraphs one through five of this Complaint with the same force and effect as if set forth under this cause of action.

7.    On June 23, 2001, the plaintiff, Darla Patton, was on vacation in Las Vegas, Nevada, staying with her now ex-husband at the Tropicana Hotel and Casino (hereinafter "Tropicana").

8.    On said date at approximately 11:30 a.m., after finishing her breakfast, the plaintiff, Darla Patton, left the hotel dining room and was walking through the hallway in the hotel towards the main entrance of the Tropicana.

9.    On said date and at said time and place, the defendant James Cusano was walking in the same hallway within the Tropicana alongside his parents, Marie Cusano and Michael Cusano, directly to the rear of the plaintiff, Darla Patton.

10.    As the defendant and his parents were walking, they were, upon information and belief, engaged in an argument with one another.

11.    At one point, the defendant, James Cusano, in an apparent effort to free himself from his mother, swung his arm away from his mother and violently struck the plaintiff, Darla Patton, with the face of his watch on the left side of her head, near the crown of her head.

12.     As a direct result of being struck,  the plaintiff, Darla Patton's head was spun sideways towards the left and downward and she sustained injuries of a serious, painful and permanent nature, in that:

a.     She was caused to suffer multiple contusions, abrasions and lacerations about the head, body and limbs;

b.     She was caused to lose consciousness and collapsed to the floor.

c.     She underwent a whipping and wrenching of her neck, back and shoulders causing a stretching, tearing and straining of the muscles and ligaments of the neck, back and shoulders resulting in a musculoligamentous sprain and strain of the cervical spine with attending muscle spasms, radiating pain, headaches and limitation of motion;

d.     She underwent a whipping and wrenching of her neck and back causing a stretching, tearing and straining of the muscles and ligaments of her neck and back resulting in a musculoligamentous sprain and strain of the thoracic spine with attending muscle spasms, radiating pain, headaches and limitation of motion;

e.     She underwent a whipping and wrenching of her neck and back causing a stretching, tearing and straining of the muscles and ligaments of her neck and back resulting in a musculoligamentous sprain and strain of the lumbar spine with attending muscle spasms, radiating pain, headaches and limitation of motion;

f.     As a further result of being struck,  she was caused to suffer a large welt on her head over her right occipital lobe with associated bruising and tenderness;

g.    As a further result of said blow to her head and injury to her cervical spine she was caused to suffer radiating pain to her right upper extremity;

h.    As a further result of being struck, she was caused to suffer an injury to her right shoulder with accompanying pain, tenderness, limitation of motion and associated symptoms;

i.    As a further result of being struck, she was caused to suffer a posterior disc bulge at C6-7 with associated pain, tenderness and limitation of motion which will require surgical correction performed under general anesthesia with associated surgical risks and scarring;

j.    As a further result of said blow to her head, she was caused to activate and greatly aggravate a previously asymptomatic facet degenerative condition at C2-3 and C4-5.

k.    As a further result of the blow to her head, she was caused to sustain a disc protrusion at T3-4, producing effacement of the interior subarachnoid with cord flattening or cord impingement;

l.    As a further result of said contusion and blow to the head, she was caused to suffer vertigo;

m.    As a further result of said injury, she was caused to suffer chronic pain syndrome;

n.    As  a further result of the injuries sustained by being struck in the head, she was prescribed several medications which caused her to suffer considerable weight gain;

o.    As a further result of said injuries, she was caused to suffer anxiety and insomnia;

p.    As a further result of her injuries, the plaintiff was caused to suffer an aggravation of a pre-existing upper and lower back condition, which prior to said incident had not caused her

material pain and discomfort and which following said incident the upper and lower back condition was caused to be aggravated and greatly activated;

q.      As a further result of her injuries, the plaintiff was caused to suffer an aggravation of a pre-existing neck condition, which prior to said incident had not caused her material pain and discomfort and which following said incident the neck condition was caused to be aggravated and greatly activated;

r.      As a further result of her injuries, she was caused to suffer spondylitic changes at C5-6 with a left-sided protrusion of the disc at this level producing mild left-sided neural foraminal stenosis;

s.      As a further result of her injuries, she was caused to sustain left-sided C6 radiculopathy;

t.      As a further result of said blow to her head and injury to her neck, she was caused to suffer cramping in her right hand with radiating pain into both left and right arms;

u.      As a further result of said blow to the head, she was caused to sustain blurred vision;

v.      As a further result of said blow to her head, she was caused to suffer probable right sided perineural cysts at T6-7;

w.      As a further result of said injuries, she was caused to suffer bi-lateral shoulder pain with tenderness, limitation of motion and associated symptoms;

x.    As a further result of said injuries, she was caused to suffer bi-lateral hand pain with tenderness, limitation of motion and associated symptoms;

y.    As a further result of said cervical injury, she was caused to undergo several epidural steroid injections in the cervical spine with associated pain and risk;

z.    As a further result of said injuries and in consequence thereof, she was caused to suffer from post traumatic stress disorder;

aa.    As a further result of her injuries, the plaintiff was caused to suffer an aggravation of a pre-existing psychological condition, which prior to said incident had not caused her mental anxiety and upset and which following said incident the psychological condition was caused to be aggravated and greatly activated;

bb.    As a further result of said injuries and in consequence thereof, she underwent a severe shock to her entire nervous system resulting in mental anxiety, depression, headaches, inability to eat and sleep and associated symptoms;

cc.    She has endured and will continue to endure great pain of body and mind and humiliation and is limited and will be limited in her physical activities; and

dd.    As a further result of the injuries sustained herein, the plaintiff suffered considerable emotional distress, upset, anxiety and psychological trauma, and as a result of said injuries, she will suffer the same from time to time in the future.

13.    As a further result of said injuries and in consequence thereof, the plaintiff, Darla Patton, has incurred considerable expenses for medical care, prescriptions, x-rays, medical services,

hospital services, medical apparatus, physical therapy and matters incidental thereto and she will be required to incur further expenses for such purposes in the future.

14.    As a result of said injuries and in consequence thereof, the plaintiff, Darla Patton, was unable to carry on and perform her usual duties and daily activities, and as a further result of said injuries, she will be prevented from doing so from time to time in the future, thereby depriving the plaintiff of the opportunity to enjoy her life as she could have before the incident of June 23, 2001.

15.    At the time of said injuries, the plaintiff, Darla Patton, was gainfully employed and as a result of said injuries, she was not able to attend to her employment duties and her earning capacity was impaired, together with a resulting loss of income, and she will lose further income in the future, and her earning capacity was, is and will be permanently impaired.

16.    Said injuries and damages were caused by the negligence of the defendant, James Cusano, in any one of the following ways and/or any combination thereof, in that:

a.    He negligently swung his arm in such a manner so as to strike or come into contact with the plaintiff's head;

b.    He negligently failed to control the movements of his body and his arm so as to prevent his arm, wrist, hand and watch from coming in contact with the plaintiff's head though he knew or should have known that the plaintiff was in close proximity to him;

c.    He negligently failed to control his actions and the movement of arm so as to avoid striking the plaintiff;

I:\persinj\Dolginoff\pleading\amended.complaint.feb.05.doc          9

    d.      He negligently failed to pay attention to his surroundings and the circumstances then and there existing and to conform his conduct to a manner consistent with being in a hotel hallway and/or lobby to avoid striking the plaintiff's head;

    e.      He negligently failed to control his actions and to prevent his arm, wrist, watch or hand from coming into contact with the plaintiff's head;

    f.      He negligently swung his arm in an uncontrolled manner striking the plaintiff when he knew or should have known that doing so would pose a risk to striking other hotel patrons such as the plaintiff;

    g.      He negligently reacted to an argument with is mother and/or father by swinging his arm in an uncontrolled manner when he knew or should have known that doing so posed a risk to hotel patrons such as the plaintiff; and

    h.      He negligently failed to conform his conduct or otherwise act as a reasonably prudent person would under the circumstances then and there existing when he knew or should have know that his failure to do so would pose a risk to hotel patrons such as the plaintiff.

SECOND COUNT (Willful Misconduct against James Cusano)

1-15    Paragraphs one through fifteen of the First Count are hereby incorporated by reference and made paragraphs one through fifteen of this Second Count.

16.    Said injuries and damages were caused by the intentional and willful misconduct of the defendant, James Cusano in any one of the following ways and/or in any combination thereof, in that:

a.    He intentionally, maliciously and in willful disregard for the plaintiff's safety swung his arm in such a way so as to strike or come in contact with the plaintiff's head;

b.    He intentionally, maliciously and in willful disregard for the plaintiff's safety, swung his arm in a crowded hallway;

THE PLAINTIFF

BY_____
JOSEPH M. PORTO
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | **Civil Action No.:** |
| | : | 303CV01034 (AVC) |
| **vs.** | : | |
| | : | |
| **James Cusano** | : | **February 8, 2005** |

## <u>DEMAND FOR RELIEF</u>

1.    Money damages;

2.    Common law exemplary damages;

3.    Trial by jury; and

4.    Such other relief as law and equity may provide.

That the amount, legal interest or property in demand is Seventy Thousand ($75,000.00)

Dollars or more, exclusive of interest and costs.

THE PLAINTIFF

BY_____

JOSEPH M. PORTO
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
(203) 281-2700

# C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been sent first class mail, postage prepaid this ___ day of February, 2005 to Attorney Michael L. McDonnell, 700 Stanley Drive, New Britain, CT 06050.

Joseph M. Porto, Esq.
Federal Bar No.: CT 17413
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518
Phone (203) 281-2700

I:\persinj\Dolginoff\pleading\amended.complaint.feb.05.doc     13