## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| **James Cusano** | : | February 10, 2005 |

### PROPOSED VIOR DIRE QUESTIONS

In addition to the court's own voir dire questions, the court is respectfully urged to review and approve the following voir dire questions submitted by the plaintiff:

1. Do you know any of the parties or witnesses?

2. Do you know any of the members of Parrett, Porto, Parese & Colwell?

3. Have you ever been to Las Vegas?

4. Have you ever sat on a jury before?

5. Have you ever been a party to a lawsuit?

6. Do you think that the payment of money is an appropriate way to compensate for human pain and suffering?

7. Do you have any feelings about a person who comes to court and makes a claim for money damages as compensation for injuries?

8. Do you object to awarding damages for pain and suffering?

9. Do you have any feelings one way or another about a person who was injured in an accident and brings a lawsuit to recover money damages for those injuries?

10. Have you ever had a positive or negative experience with the judicial system that would affect your ability to be fair to both sides of this case?

11. Do you or does anyone in your immediate family suffer from the following clinically diagnosed psychological conditions: generalized anxiety disorder; post traumatic stress disorder; or major depressive disorder?

12. Have you or anyone in your immediate family been exposed to neck or back problems?

13. Do you have any particular expertise in prescription medications?

14. Can you fairly and impartially apply the law to the case as the judge instructs you, even if that law runs contrary to what you believe the law should be?

15. Have you or anyone in your immediate family been the victim of an assault, battery or other physical attack?

16. Do you have any biases toward people who treat with psychologist or other mental health professionals?

17. Do you have any prejudicial feelings toward the field of mental health or towards mental health professionals?

18. Is there any reason why you could not fairly and impartially evaluate a psychological disability?

19. Do you have any biases toward physical therapists or the practice of physical therapy?

20. Do you believe you could fairly award someone damages for an injury that was made considerably more severe on account of that person's preexisting vulnerability?

21. Would you feel any hostilities or prejudice toward the plaintiff because she is a resident of the state of Texas?

22. Do you have any feelings about the national debate concerning tort reform?

22. What radio and television stations do you generally watch to get your news?

The Plaintiff, Darla Patton

By: _____
JOHN MICHAEL PARESE
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291

## ORDER

The foregoing Proposed Voir Dire Questions having been presented, ARE HEREBY ORDERED:

APPROVED / DENIED.

THE COURT

BY:_____<br>JUDGE/CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has sent via mail and facsimile this 10th day of February, 2005, to all counsel and parties of record as follows:

### COUNSEL FOR James Cusano

Michael L. McDonnell, Esq.
700 Stanley Drive
New Britain, CT 06050
Facsimile No.: (860) 827-4386

John Michael Parese
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291