UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| **Michael Cusano, Marie Cusano and James** | : | |
| **Cusano** | : | February 11, 2005 |

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

**I.     Jurors Must Use Everyday Common Sense:**

Although you are to consider only the evidence in the case in reaching a verdict, you must bring to the consideration of the evidence your everyday common sense and judgment as reasonable men and women. Thus, you are not limited solely to what you see and hear as the witnesses testify. You may draw reasonable inferences from the evidence which you feel are justified in the light of common experience, keeping in mind that such inferences should not be based on speculation or guess.

A verdict may never be influenced by sympathy, prejudice or public opinion. Your decision should be the product of sincere judgment and sound discretion in accordance with these rules of law.

Nevada Pattern Jury Instructions, Civil § 1.05

**II.     Insurance – Collateral Sources**

You are not to discuss or even consider whether or not the plaintiff was carrying insurance to cover medical bills, loss of earnings, or any other damages he claims to have sustained.

You are not to discuss or even consider whether or not the defendant was carrying insurance that would reimburse him for whatever sum of money he may be called upon to pay to the plaintiff.

Whether or not either party was insured is immaterial, and should make no difference in any verdict you may render in this case.

Nevada Pattern Jury Instructions, Civil § 1.07

**III.    Credibility of Witness**

The credibility or "believability" of a witness should be determined by his or her manner upon the stand, his or her relationship to the parties, his or her fears, motives, interests or feelings, his or her opportunity to have observed the matter to which he or she testified, the reasonableness of his or her statements and the strength or weakness of his or her recollections.

If you believe that a witness has lied about any material fact in the case, you may disregard the entire testimony of that witness or any portion of this testimony which is not proved by other evidence.

Nevada Pattern Jury Instructions, Civil § 2.07

**IV.**     **Discrepancies in a Witness's**

Discrepancies in a witness's testimony or between his testimony and that of others, if there were any discrepancies, do not necessarily mean that the witness should be discredited. Failure of recollection is a common experience, and innocent misrecollection is not uncommon. It is a fact, also, that two persons witnessing an incident or transaction often will see or hear it differently. Whether a discrepancy pertains to a fact of importance or only to a trivial detail should be considered in weighing its significance.

Nevada Pattern Jury Instructions, Civil § 2.08

**V.**     **Expert Testimony:**

A person who has special knowledge, skill, experience, training or education in a particular science, profession or occupation may give his or her opinion as an expert as to any matter in which he or she is skilled.  In determining the weight to be given such opinion, you should consider the qualifications and credibility of the expert and the reasons given for his or her opinion.  You are not bound by such opinion. Give it the weight, if any, to which you deem it entitled.

Nevada Pattern Jury Instructions, Civil § 2.11

                                         THE DEFENDANT,
                                         James Cusano


                                       BY:_____
                                          Michael L. McDonnell, Esq.
                                          700 Stanley Drive, P.O. Box 9011
                                          New Britain, CT  06050-9948
                                          Telephone: (860) 827-4351
                                          Facsimile:  (860) 827-4386
                                         Federal Bar No.: CT 04108

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on February 11, 2005, to:

Joseph M. Porto, Esq.
Parrett Porto Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518

_____
Michael L. McDonnell, Esq.
700 Stanley Drive, P.O. Box 9011
New Britain, CT 06050-9948
Telephone: (860) 827-4351
Facsimile: (860) 827-4386
Federal Bar No.: CT 04108