FILED

2005 FEB 14  A 11: 51

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | **Civil Action No.: 303CV01034** |
| | : | **(AVC)** |
| **vs.** | : | |
| | : | |
| **James Cusano** | : | **February 14, 2005** |

### STIPULATION RE: LIFE EXPECTANCY

The parties hereby stipulate that the Plaintiff, Darla Patton, has a remaining life expectancy of 27.0 years.

THE PLAINTIFF
DARLA PATTON

BY:_____
Joseph M. Porto, Esq.
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518

THE DEFENDANT
JAMES CUSANO

BY:_____
Michael L. McDonnell, Esq.
700 Stanley Drive
New Britain, CT 06050

National Vital Statistics Reports, Vol. 53, No. 6, November 10, 2004    17

## Table 6. Life table for white females: United States, 2002

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages x to x+1 $q(_x)$ | Number surviving to age x $l(_x)$ | Number dying between ages x to x+1 $d(_x)$ | Person-years lived between ages x to x+1 $L(_x)$ | Total number of person-years lived above age x $T(_x)$ | Expectation of life at age x $e(_x)$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005124 | 100,000 | 512 | 99,549 | 8,027,376 | 80.3 |
| 1–2 | 0.000384 | 99,488 | 38 | 99,469 | 7,927,827 | 79.7 |
| 2–3 | 0.000258 | 99,449 | 26 | 99,437 | 7,828,359 | 78.7 |
| 3–4 | 0.000184 | 99,424 | 18 | 99,415 | 7,728,922 | 77.7 |
| 4–5 | 0.000146 | 99,406 | 15 | 99,398 | 7,629,508 | 76.8 |
| 5–6 | 0.000153 | 99,391 | 15 | 99,383 | 7,530,109 | 75.8 |
| 6–7 | 0.000117 | 99,376 | 12 | 99,370 | 7,430,726 | 74.8 |
| 7–8 | 0.000113 | 99,364 | 11 | 99,358 | 7,331,356 | 73.8 |
| 8–9 | 0.000128 | 99,353 | 13 | 99,346 | 7,231,998 | 72.8 |
| 9–10 | 0.000120 | 99,340 | 12 | 99,334 | 7,132,651 | 71.8 |
| 10–11 | 0.000113 | 99,328 | 11 | 99,323 | 7,033,317 | 70.8 |
| 11–12 | 0.000116 | 99,317 | 11 | 99,311 | 6,933,994 | 69.8 |
| 12–13 | 0.000128 | 99,306 | 13 | 99,299 | 6,834,683 | 68.8 |
| 13–14 | 0.000182 | 99,293 | 18 | 99,284 | 6,735,384 | 67.8 |
| 14–15 | 0.000204 | 99,275 | 20 | 99,265 | 6,636,100 | 66.8 |
| 15–16 | 0.000248 | 99,255 | 25 | 99,242 | 6,536,835 | 65.9 |
| 16–17 | 0.000405 | 99,230 | 40 | 99,210 | 6,437,593 | 64.9 |
| 17–18 | 0.000448 | 99,190 | 44 | 99,167 | 6,338,383 | 63.9 |
| 18–19 | 0.000464 | 99,145 | 46 | 99,122 | 6,239,216 | 62.9 |
| 19–20 | 0.000457 | 99,099 | 45 | 99,077 | 6,140,093 | 62.0 |
| 20–21 | 0.000435 | 99,054 | 43 | 99,032 | 6,041,017 | 61.0 |
| 21–22 | 0.000487 | 99,011 | 48 | 98,987 | 5,941,984 | 60.0 |
| 22–23 | 0.000424 | 98,963 | 42 | 98,942 | 5,842,998 | 59.0 |
| 23–24 | 0.000415 | 98,921 | 41 | 98,900 | 5,744,056 | 58.1 |
| 24–25 | 0.000457 | 98,880 | 45 | 98,857 | 5,645,156 | 57.1 |
| 25–26 | 0.000458 | 98,834 | 45 | 98,812 | 5,546,299 | 56.1 |
| 26–27 | 0.000459 | 98,789 | 45 | 98,766 | 5,447,487 | 55.1 |
| 27–28 | 0.000441 | 98,744 | 44 | 98,722 | 5,348,721 | 54.2 |
| 28–29 | 0.000530 | 98,700 | 52 | 98,674 | 5,249,999 | 53.2 |
| 29–30 | 0.000515 | 98,648 | 51 | 98,623 | 5,151,324 | 52.2 |
| 30–31 | 0.000560 | 98,597 | 55 | 98,570 | 5,052,702 | 51.2 |
| 31–32 | 0.000594 | 98,542 | 59 | 98,513 | 4,954,132 | 50.3 |
| 32–33 | 0.000629 | 98,483 | 62 | 98,452 | 4,855,619 | 49.3 |
| 33–34 | 0.000697 | 98,421 | 69 | 98,387 | 4,757,167 | 48.3 |
| 34–35 | 0.000758 | 98,353 | 75 | 98,316 | 4,658,780 | 47.4 |
| 35–36 | 0.000855 | 98,278 | 84 | 98,236 | 4,560,464 | 46.4 |
| 36–37 | 0.000929 | 98,194 | 91 | 98,149 | 4,462,228 | 45.4 |
| 37–38 | 0.001003 | 98,103 | 98 | 98,054 | 4,364,079 | 44.5 |
| 38–39 | 0.001081 | 98,005 | 106 | 97,952 | 4,266,025 | 43.5 |
| 39–40 | 0.001292 | 97,899 | 127 | 97,836 | 4,168,073 | 42.6 |
| 40–41 | 0.001360 | 97,772 | 133 | 97,706 | 4,070,238 | 41.6 |
| 41–42 | 0.001468 | 97,639 | 143 | 97,568 | 3,972,532 | 40.7 |
| 42–43 | 0.001572 | 97,496 | 153 | 97,419 | 3,874,964 | 39.7 |
| 43–44 | 0.001771 | 97,343 | 172 | 97,257 | 3,777,545 | 38.8 |
| 44–45 | 0.001853 | 97,170 | 180 | 97,080 | 3,680,288 | 37.9 |
| 45–46 | 0.002069 | 96,990 | 201 | 96,890 | 3,583,208 | 36.9 |
| 46–47 | 0.002134 | 96,790 | 207 | 96,686 | 3,486,318 | 36.0 |
| 47–48 | 0.002305 | 96,583 | 223 | 96,472 | 3,389,631 | 35.1 |
| 48–49 | 0.002545 | 96,361 | 245 | 96,238 | 3,293,159 | 34.2 |
| 49–50 | 0.002725 | 96,115 | 262 | 95,984 | 3,196,922 | 33.3 |
| 50–51 | 0.002844 | 95,853 | 273 | 95,717 | 3,100,937 | 32.4 |
| 51–52 | 0.003180 | 95,581 | 304 | 95,429 | 3,005,220 | 31.4 |
| 52–53 | 0.003290 | 95,277 | 313 | 95,120 | 2,909,791 | 30.5 |
| 53–54 | 0.003827 | 94,963 | 363 | 94,782 | 2,814,671 | 29.6 |
| 54–55 | 0.004081 | 94,600 | 386 | 94,407 | 2,719,890 | 28.8 |
| 55–56 | 0.004737 | 94,214 | 446 | 93,991 | 2,625,483 | 27.9 |
| 56–57 | 0.004646 | 93,768 | 436 | 93,550 | 2,531,492 | 27.0 |
| 57–58 | 0.005541 | 93,332 | 517 | 93,073 | 2,437,942 | 26.1 |
| 58–59 | 0.006041 | 92,815 | 561 | 92,534 | 2,344,869 | 25.3 |
| 59–60 | 0.006858 | 92,254 | 633 | 91,938 | 2,252,334 | 24.4 |
| 60–61 | 0.007219 | 91,621 | 661 | 91,291 | 2,160,396 | 23.6 |
| 61–62 | 0.008015 | 90,960 | 729 | 90,595 | 2,069,106 | 22.7 |
| 62–63 | 0.008790 | 90,231 | 793 | 89,834 | 1,978,510 | 21.9 |
| 63–64 | 0.009672 | 89,438 | 865 | 89,005 | 1,888,676 | 21.1 |
| 64–65 | 0.010707 | 88,573 | 948 | 88,099 | 1,799,671 | 20.3 |

18     National Vital Statistics Reports, Vol. 53, No. 6, November 10, 2004

## Table 6. Life table for white females: United States, 2002—Con.

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages x to x+1 | Number surviving to age x | Number dying between ages x to x+1 | Person-years lived between ages x to x+1 | Total number of person-years lived above age x | Expectation of life at age x |
|---|---|---|---|---|---|---|
| | $q(_x)$ | $l(_x)$ | $d(_x)$ | $L(_x)$ | $T(_x)$ | $e(_x)$ |
| 65–66 | 0.011652 | 87,624 | 1,021 | 87,114 | 1,711,572 | 19.5 |
| 66–67 | 0.012542 | 86,603 | 1,086 | 86,060 | 1,624,458 | 18.8 |
| 67–68 | 0.014109 | 85,517 | 1,207 | 84,914 | 1,538,398 | 18.0 |
| 68–69 | 0.015102 | 84,311 | 1,273 | 83,674 | 1,453,484 | 17.2 |
| 69–70 | 0.016851 | 83,037 | 1,399 | 82,338 | 1,369,810 | 16.5 |
| 70–71 | 0.018562 | 81,638 | 1,515 | 80,881 | 1,287,472 | 15.8 |
| 71–72 | 0.019881 | 80,123 | 1,593 | 79,326 | 1,206,592 | 15.1 |
| 72–73 | 0.022023 | 78,530 | 1,729 | 77,665 | 1,127,265 | 14.4 |
| 73–74 | 0.024158 | 76,800 | 1,855 | 75,873 | 1,049,600 | 13.7 |
| 74–75 | 0.026635 | 74,945 | 1,996 | 73,947 | 973,727 | 13.0 |
| 75–76 | 0.029541 | 72,949 | 2,155 | 71,871 | 899,780 | 12.3 |
| 76–77 | 0.032085 | 70,794 | 2,271 | 69,658 | 827,909 | 11.7 |
| 77–78 | 0.035606 | 68,522 | 2,440 | 67,303 | 758,251 | 11.1 |
| 78–79 | 0.039183 | 66,083 | 2,589 | 64,788 | 690,948 | 10.5 |
| 79–80 | 0.043811 | 63,493 | 2,782 | 62,103 | 626,160 | 9.9 |
| 80–81 | 0.049136 | 60,712 | 2,983 | 59,220 | 564,058 | 9.3 |
| 81–82 | 0.053288 | 57,729 | 3,076 | 56,190 | 504,838 | 8.7 |
| 82–83 | 0.062062 | 54,652 | 3,392 | 52,956 | 448,647 | 8.2 |
| 83–84 | 0.064527 | 51,261 | 3,308 | 49,607 | 395,691 | 7.7 |
| 84–85 | 0.075300 | 47,953 | 3,611 | 46,147 | 346,084 | 7.2 |
| 85–86 | 0.083577 | 44,342 | 3,706 | 42,489 | 299,937 | 6.8 |
| 86–87 | 0.092538 | 40,636 | 3,760 | 38,756 | 257,448 | 6.3 |
| 87–88 | 0.102211 | 36,876 | 3,769 | 34,991 | 218,692 | 5.9 |
| 88–89 | 0.112621 | 33,107 | 3,728 | 31,242 | 183,701 | 5.5 |
| 89–90 | 0.123790 | 29,378 | 3,637 | 27,560 | 152,459 | 5.2 |
| 90–91 | 0.135737 | 25,741 | 3,494 | 23,994 | 124,899 | 4.9 |
| 91–92 | 0.148475 | 22,247 | 3,303 | 20,596 | 100,905 | 4.5 |
| 92–93 | 0.162015 | 18,944 | 3,069 | 17,410 | 80,309 | 4.2 |
| 93–94 | 0.176360 | 15,875 | 2,800 | 14,475 | 62,899 | 4.0 |
| 94–95 | 0.191509 | 13,075 | 2,504 | 11,823 | 48,424 | 3.7 |
| 95–96 | 0.207455 | 10,571 | 2,193 | 9,475 | 36,601 | 3.5 |
| 96–97 | 0.224184 | 8,378 | 1,878 | 7,439 | 27,126 | 3.2 |
| 97–98 | 0.241673 | 6,500 | 1,571 | 5,714 | 19,687 | 3.0 |
| 98–99 | 0.259895 | 4,929 | 1,281 | 4,289 | 13,973 | 2.8 |
| 99–100 | 0.278812 | 3,648 | 1,017 | 3,139 | 9,684 | 2.7 |
| 100+ | 1.00000 | 2,631 | 2,631 | 6,545 | 6,545 | 2.5 |