FILED

2005 FEB 11  A 9:44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT HARTFORD, CT.

| | |
|---|---|
| **Darla Patton fka Darla Dolginoff** | Civil Action No.: 303CV01034 (AVC) |
| vs. | |
| **James Cusano** | February 11, 2005 |

## MOTION IN LIMINE

### I. Introduction

The plaintiff, Darla Patton, hereby moves in limine to preclude the admission of a certain medical entry in the progress notes of Dr. Beth A. Maxwell. The evidence should be excluded because it is hearsay testimony, irrelevant, unduly prejudicial and involves exclusively an issue of insurance coverage, which is irrelevant and, therefore, inadmissible in this case.

### II. Law and Analysis

This motion involves an entry in Dr. Maxwell's progress notes. The date of the entry at issue is December 13, 2001. A copy of the entry note is attached hereto as "Exhibit A." The entry concerns an alleged conversation between the plaintiff and Dr. Maxwell about whether a particular diagnosis would be covered by the plaintiff's insurance carrier. The entry suggests that the plaintiff attempted to get Dr. Maxwell to change a diagnosis code in her report. According to the plaintiff, the report is inaccurate and misleading.

3:03CV1034 (AVC) February 16, 2005. The motion is DENIED. SO ORDERED. Alfred V. Covello, U.S.D.J.