AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### DISTRICT OF

Patton

v.

Cusano

**Defendants EXHIBIT AND WITNESS LIST**

Case Number: 3:03CV1034(AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Joseph Porto | Michael McDonnell |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 2/14 | Susan L | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/14/05 | | | Openning Statement |
| | 1 | 2/14/05 | | ✓ | Dr's Report on Darla Patton - Dr Carlton |
| | | 2/15 | | | Deft's Rest |
| | | 2/16 | | | Closing Arguments |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

Defendant's List of Witnesses/Exhibits

Witnesses:
1. James Cusano - Δ
2. Marie Cusano - witness

Exhibits:

Dr. Charles A. Carlton's Medical Records (8/24/00 - 12-1-00)