# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

**Patton**

v.

**Cusano**

**Plaintiff's EXHIBIT AND WITNESS LIST**

Case Number: 3:03 CV 1034 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Joseph Porto | Michael McDonnell / Parisse |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/14 | Susan L. | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/14/05 | | | Openning Statement |
| ✓ | | " | | | Darla Patton - sworn - Direct |
| ✓ | | " | ✓ | | Resume for ID only - |
| | | " | | | Cross by McDonnell of Darla Patton |
| | | " | | | Re Direct of Darla Patton |
| ✓ | | " | 1- | 30B | See Exhibit List |
| | | 2/15 | | | Court Resumes |
| | | " | | | James Cusano - sworn |
| | | " | | | Direct by Plaintiff of J. Cusano |
| | | " | | | Cross by Deft |
| | | " | | | Re-direct by Plaintiff |
| | | " | | | Marie Cusano - sworn |
| | | " | | | Direct of Cusano by Plaintiff |
| | | " | | | Cross of Marie Cusano by Deft |
| 30 A/B | | " | | | Video Deposition of Dr Weaver |
| | | | | | Plaintiff Rest |
| | | | | | Court Exhibit - Stipulation #1 |
| | | 2/16 | | | Closing Arguments |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# EXHIBIT LIST

### MISC.

| | |
|---|---|
| VIDEO TAPE OF INCIDENT 6/23/01 | Exhibit 1 |
| INCIDENT REPORT | Exhibit 2 |
| PHOTOGRAPHS | Exhibit 3a-K |

### MEDICAL REPORTS AFTER ACCIDENT

| | |
|---|---|
| CLARK COUNTY FIRE DEPARTMENT | Exhibit 4 |
| SOUTHWEST REHABILITATION ASSOCIATES | Exhibit 5 |
| ARLINGTON MEMORIAL HOSPITAL PHYSICAL THERAPY | Exhibit 6 |
| ARLINGTON MEMORIAL HOSPITAL MRI CERVICAL, THORACIC, BRAIN 8/14/01 | Exhibit 7 |
| BETH A. MAXWELL, Ph.D. | Exhibit 8 |
| JACOB ROSENSTEIN, M.D. | Exhibit 9 |
| HIGH POINT PAIN MANAGEMENT | Exhibit 10 |
| DIAGNOSTIC NEURO IMAGING CT, X-RAYS CERVICAL 10/12/01 | Exhibit 11 |
| HEALTHSOUTH DIAGNOSTIC CENTER OF ARLINGTON | Exhibit 12 |
| NEUROLOGY ASSOCIATES OF ARLINGTON, P.A. | Exhibit 13 |

LABCORP.                                              Exhibit 14

DAVID I. KABEL, D.O.                                  Exhibit 15

DONALD B. WEAVER, Ph.D.                               Exhibit 16

GERALD H. STEPHENSON, M.D.                            Exhibit 17

SOCIAL SECURITY
DISABILITY EVALUATION                                 Exhibit 18

**PRIOR MEDICAL TREATMENT:**

RICHARDSON MEDICAL CENTER
MRI CERVICAL 5/24/90                                         Exhibit 19

NORTH DALLAS REHAB & PAIN CLINIC                             Exhibit 20

KATHERINE S. HENRY, M.D.                                     Exhibit 21

GEOFFREY G. GLIDDEN, M.D.                                    Exhibit 22

RICHARD R. JONES, M.D.                                       Exhibit 23

LUIS A. MIGNUCCI, M.D.                                       Exhibit 24

DONALD B. WEAVER, Ph.D.                                      Exhibit 25

ADVANCED WHITE ROCK PHYSICAL THERAPY                         Exhibit 26

ARLINGTON MEMORIAL HOSPITAL
PHYSICAL THERAPY                                             Exhibit 27

ARLINGTON MEMORIAL HOSPITAL
MRI CERVICAL 6/14/99                                         Exhibit 28

Carlton, MD. (Defts)                                         Exhibit D1

Medical Bills                                                Exhibit 29

Video Depo of Dr. Weaver I                                   Exhibit 30A

Video Depo of Dr. Weaver II                                  Exhibit 30B