# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Patton
v.
Cusano

Court
EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:03 CV 1034 AVC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AVC | Porto | McDonnell |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/14, 2/15, 2/16 | Susan L | Fidelis Basile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/14 | | | Stipulation |
| 2 | | 2/16 | | | Jury Note |
| 3 | | | | | Jury Note |
| 4 | | | | | " " |
| 5 | | | | | Jury Note |
| 6 | | | | | Jury Note |
| 7 | | | | | Jury Charge |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages