UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Feb. 16, 2005*

*Mary G. Wiggins*

DARLA PATTON f/k/a
DARLA DOLGINOFF,
  Plaintiff,

v.

JAMES CUSANO,
  Defendant.

:
:
:
:
:
:
:
:

Civil No. 3:03CV1034(AVC)

## VERDICT FORM

We the jury unanimously find as follows:

## I.  Negligence

### A.  Negligence Liability

Has the plaintiff, Darla Patton, proven by a preponderance
of the evidence that the defendant, James Cusano, was
negligent, and that his negligence was the legal or
proximate cause of injury to the plaintiff?

Yes_____    No __X__

If you answered NO, you have completed your deliberations.
Please ask the foreperson to sign the form at the bottom of
this page. If you answered YES, proceed to B (Negligence
Damages).

### B.  Negligence Damages

Do you find that the plaintiff, Darla Patton, has proven
entitlement to compensatory damages on the basis of the
defendant's negligence?

Yes_____    No_____

If you answered YES, insert a damages amount that you
determine to be fair, just and reasonable to compensate the
plaintiff.

Amount of Damages _____

You have now completed your deliberations.  Please date and
sign this form below.

Dated at Hartford, Connecticut this **16** day of February,
2005.

_Matthew Dwyer_
_____
Foreperson