UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARLA PATTON | : | |
| fka DARLA DOLGINOFF | : | |
| Vs. | : | CASE NO. 3:03CV1034(AVC) |
| MICHAEL CUSANO, MARIE CUSANO | : | |
| and JAMES CUSANO | : | |

J U D G M E N T

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

On February 10, 2005, plaintiff having filed an Amended Complaint, withdrawing defendants Michael Cusano and Marie Cusano; and further

The matter then having been tried before a jury, and on February 16, 2005, the jury having reached a verdict in favor of defendant James Cusano; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant James Cusano.

Dated at Hartford, Connecticut, this 17th day of February, 2005.

KEVIN F. ROWE, CLERK


By: /s/
Mary A. Wiggins
Deputy-in-Charge


EOD:_____