**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DARLA PATTON | : CIVIL ACTION NO.: 303CV01034(AVC) |
| FKA DARLA DOLGINOFF | : |
| | : |
| VS. | : |
| | : |
| MICHAEL CUSANO, MARIE CUSANO | : |
| AND JAMES CUSANO | : FEBRUARY 25, 2005 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on February 16, 2005 against the plaintiff, Darla Patton fka Darla Dolginoff, the clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk …………………………………………………….. $ | **none** |
| Fees for service of summons and subpoena ………………... | **none** |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ………………………. | **1180.80** |
| Fees and disbursements for printing …………………………….. | **none** |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ……………………………………….. | **646.85** |
| Docket fees under 28 U.S.C. 1923 ……………………………….. | **none** |
| Costs as shown on Mandate of Court of Appeals …………..... | **none** |
| Compensation of court-appointed experts ……………………. | **none** |

Compensation of interpreters and costs of special interpretation
Services under 28 U.S.C. 1828 …………………………………  _____**none**_____

Other costs (see below) ……………………………………………. **$3,713.82**

    Geomatrix . . . . . . . . . . . . . . . . . . . . . . . . .$471.70 (Digitize Surveillance video)

    Geomatrix . . . . . . . . . . . . . . . . . . . . . . . . .$75.00 (MPEG computer movie)

    Geomatrix . . . . . . . . . . . . . . . . . . . . . . . . .$360.40 (VHS copies of Pl's Depo1)

    Geomatrix . . . . . . . . . . . . . . . . . . . . . . . . .$254.40 (VHS copies of Pl's Depo2)

    Geomatrix……………………………….   $1,471,82 (Def's cost for Court Projection)

    HB Communications . . . . . . . . . . . . . . . . . .$375.00, $149.00, $556.50
    (teleconferencing location for video depositions of plaintiff)

                                       **TOTAL**         **$5,541.47**

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

_____

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Joseph M. Porto, Esq.
John Michael Parese, Esq.
Parrett Porto Parese & Colwell, P.C.
2319 Whitney Avenue
Hamden, CT 06518

_____

Signature of Attorney: _____

Name of Attorney: <u>Michael L. McDonnell, Esq.</u>

For: <u>    James Cusano    </u>    Date: <u>    **2/25/05**    </u>
     *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
   *Clerk of Court*                    *Deputy Clerk*           *Date*

**ITEMIZATION**

IRS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $92.00 for copies of returns

PhotoStat . . . . . . . . . . . . . . . . . . . . . . . . .$54.61   (medical records)

PBR . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.55 (medical records)

Diagnostic Neurologic Imaging . . . . . . . . . $20.75   (medical records)

N. Texas Neurosurgeons. . . . . . . . . . . . . $26.80 (medical records)

AMRAS . . . . . . . . . . . . . . . . . . . . . . . . . . $83.00 (medical records)

HealthSouth Diagnostics . . . . . . . . . . . . . $67.94 (medical records)

AMRAS & Arlington Memorial . . . . . . . . . . $276.20 (medical records)

Computer Imaging Reporter . . . . . . . . . . .$190.80  (court reporter)

Geomatrix . . . . . . . . . . . . . . . . . . . . . . . .$471.70 (Digitize Surveillance video)

Geomatrix . . . . . . . . . . . . . . . . . . . . . . . .$75.00 (MPEG computer movie)

Geomatrix . . . . . . . . . . . . . . . . . . . . . . . .$360.40 (VHS copies of Pl's Depo1)

Geomatrix . . . . . . . . . . . . . . . . . . . . . . . .$254.40 (VHS copies of Pl's Depo2)

Geomatrix………………………………….....$1,471,82 (Def's cost for Court Projection)

HB Communications . . . . . . . . . . . . . . . . .$375.00, $149.00, $556.50 (teleconferencing location for video depositions of plaintiff)

Esquire Litigation Solutions . . . . . . . . . . . .$495.00, $495.00 (court reporter services)