# HB COMMUNICATIONS INC. — INVOICE

**REMIT PAYMENT TO:**
60 Dodge Avenue P.O. Box 689 North Haven, CT 06473
Ph. (203) 234-9246 • Fax (203) 234-2013

INVOICE NO. 265543
PAGE 1
DATE 12/06/04

**BILL TO:**
3035
JOBSOBIESSED MISC.
, CT 00000

**SHIP TO:**
TEMP
SAFECO INSURANCE COMPANY OF
AMERICAN, LEGAL DEPARTMENT
60 DODGE AVE.
NORTH HAVEN, CT 06473

| PURCHASE ORDER NO. | SHIP DATE | SALESPERSON | TERMS | TAX CODE | DOC. # | W/H | SHIP VIA |
|---|---|---|---|---|---|---|---|
| CHECK | 12/06/04 | 350 TECH CENTE | CHECK W/ | CT | 17802 | 01 | TECH CENTER |

| ITEM | DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B/O | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| RENTAL | VTC ROOM RENTAL HB<br>VTC DATE: 12/2/04<br>VTC TIME: 10:00AM TO 12:30NOON EST<br>LEAD ATTENDEE: MICHAEL L. MCDONNELL | 1 | 1 | 0 | EA | 375.00 | 375.00 |
| CUSTOM | NETWORK | 1 | 1 | 0 | EA | 125.00 | 125.00 |
| CUSTOM | VCR RENTAL TO RECORD ME | 1 | 1 | 0 | EA | 25.00 | 25.00 |
|  | ********************************<br>PLEASE MAIL INVOICE TO:<br>SAFECO INSURANCE COMPANY<br>OF AMERICA, LEGAL DEPT.<br><br>KNOWN AS LAW OFFICES, R<br>MANTELL, MANAGING ATTORNEY<br>ATTN: BETH GRIFFIN, OFFICE MANAGER<br>700 STANLEY DRIVE<br>NEW BRITAIN, CT 06053<br>******************************** | 3 |  |  |  |  | 525.00 |

**PAID**

All claims for damage must be made directly to carrier within 10 days of receipt of shipment. Written authorization to return any item must first be received vendor, and a re-stocking fee may be charged. Past due accounts draw interest at the rate of 1 1/2 % PER MONTH (18 PER ANNUM).

WE APPRECIATE YOUR BUSINESS

| MERCHANDISE | MISCELLANEOUS | TAX | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 525.00 | .00 | 31.50 | .00 | 556.50 |

ORIGINAL INVOICE



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel(214)257-1436    Fax(214)954-0506

47707    VTC    01

To:
Law Offices of Rodd Mantell
700 Stanley Drive
New Britan, CT 06053

| INVOICE NUMBER | DATE |
|---|---|
| 51056EDA | 12/23/04 |

ATTN : MICHAEL MCDONNELL

Due Upon Receipt    AMOUNT DUE    ENCL

YOUR REFERENCE NUMBER:

CAPTION: DOLGINOFF VS. CUSANO

SERVICES PROVIDED ON 12/02/04:

Video Teleconferencing
THANK YOU!

*processed on 1/4/05*

BALANCE DUE    TOTAL    495.00    Thank

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-257-1436
Fax 214-954-0506

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 47707    TOT: $495.00
INVOICE #: 51056EDA
DATE: 12/23/04

Law Offices of Rodd Mantell
Attn: MICHAEL MCDONNELL
700 Stanley Drive
New Britan, CT 06053



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOL



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Tel(214)257-1436    Fax(214)954-0506

46922    VTC    01

To:
Law Offices of Rodd Mantell
700 Stanley Drive
New Britan, CT 06053

| INVOICE NUMBER | DATE |
|---|---|
| 51046EDA | 12/22/04 |

ATTN : MICHAEL MCDONNELL

Due Upon Receipt    AMOUNT DUE    ENCL

YOUR REFERENCE NUMBER:

CAPTION:
DOLGINOFF VS. CUSANO

SERVICES PROVIDED ON 10/27/04:

Video Teleconference
RE: Darla Patton
THANK YOU!

processed 1/4/05

BALANCE DUE    TOTAL    495.00    Thank

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions
Please Call
214-257-1436
Fax 214-954-0506

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 46922    TOT: $495.00
INVOICE #: 51046EDA
DATE: 12/22/04

Law Offices of Rodd Mantell
Attn: MICHAEL MCDONNELL
700 Stanley Drive
New Britan, CT 06053



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLC

# GEOMATRIX productions

**Invoice**

| Date | Invoice # |
|---|---|
| 8/16/2004 | 9119 |

To:

Michael McDonnell, Esquire
L.O. of Rodd J. Mantell/SAFECO
PO Box 9011
New Britain, CT  06050-9011

Project #

| Services Rendered | Rate | Quantity | Amount |
|---|---|---|---|
| RE: Darla Patton fka Darla Dolginoff v. Michael Cusano, et al | | | |
| Digitize casino surveillance footage (includes 1 VHS copy, MPEG computer movie and stills of every frame from video on 2 CDs) | 430.00 | | 430.00T |
| Federal Express/Postage/Handling | 15.00 | | 15.00T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $445.00 |
| Sales Tax (6.0%) | $26.70 |
| Total | $471.70 |
| **Balance Due** | $471.70 |

OK processed on 8/19/04 UP.

DIVISION OF BAVIER, BULGER & GOODYEAR, INC. TAX ID #06-0859667

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

# GEOMATRIX productions

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2004 | 9207 |

To:

Michael McDonnell, Esquire
L.O. of Rodd J. Mantell/SAFECO
PO Box 9011
New Britain, CT 06050-9011

| Description | Rate | Amount |
|---|---|---|
| **RE: Darla Patton fka Darla Dolginoff v. Michael Cusano, et al** | | |
| One (1) VHS Copy & MPEG computer movie and stills of every frame from video on 2 CDs | 75.00 | 75.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $75.00 |
| **Sales Tax (6.0%)** | $4.50 |
| **Total** | $79.50 |

*payment processed*
*10-1-04   CR*

Div. of Bavier, Bulger & Goodyear,
Inc. Tax ID# 06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/21/2004 | 9422 |

**GEOMATRIX** productions

**To:**
Michael Mcdonnell, Esquire
L.O. of Rodd J. Mantell/SAFECO
PO Box 9011
New Britain, CT 06050-9011

| Description | Rate | Amount |
|---|---|---|
| RE: Patton/Dolginoff v. Cusano, et al | | |
| Two (2) VHS Copies of the Videotaped Deposition - Part 2 | 120.00 | 120.00T |
| One (1) DVD Copy of the Videotaped Deposition - Part 2 | 100.00 | 100.00T |
| SUBTOTAL: | | 220.00 |
| Federal Express/Postage/Handling | 20.00 | 20.00T |

It's always a pleasure working with you!

| | |
|---|---|
| **Subtotal** | $240.00 |
| **Sales Tax (6.0%)** | $14.40 |
| **Total** | $254.40 |

Div. of Bavier, Bulger & Goodyear, Inc. Tax ID# 06-0859667

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

# GEOMATRIX
*productions*

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 11/11/2004 | 9324 |

**To:**
Michael McDonnell, Esquire
L.O. of Rodd J. Mantell/SAFECO
PO Box 9011
New Britain, CT 06050-9011

| Description | Rate | Amount |
|---|---|---|
| **RE: Patton** | | |
| Two (2) VHS Copies of the Deposition of Darla Patten (Dolginoff) | 120.00 | 120.00T |
| MPEG File on CDROM | 100.00 | 100.00T |
| Two (2) Copies "Donald Weaver, Ph.D." (Disc 1 & 2) | 100.00 | 100.00T |
| Federal Express/Postage/Handling | 20.00 | 20.00T |

Thank you for your business. It's been a pleasure working with you!

| | |
|---|---|
| Subtotal | $340.00 |
| Sales Tax (6.0%) | $20.40 |
| Total | $360.40 |

*payment processed*
*11-17-04 Carolyn*

Div. of Bavier, Bulger & Goodyear, Inc. Tax ID# 06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684                        46447        TUCKA01

**ESQUIRE** DEPOSITION SERVICES
A HOBART WEST COMPANY

703 McKinney Ave, #320, Dallas, TX 75202
Tel(214)965-9200        Fax(214)965-9205

To:
Law Offices of Rodd Mantell
700 Stanley Drive
New Britan, CT 06053

| INVOICE NUMBER | DATE |
|---|---|
| 49511EDA | 10/25/04 |

ATTN : Michael McDonnell                Due Upon Receipt    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION:
DOLGINOFF VS. CUSANO

SERVICES PROVIDED ON 10/21/04:

Video to Digital CD (V)
RE: Donald Weaver, Ph D
Video Administration Fee
VHS Tapes (Mastering) (V)
Shipping & Handling
THANK YOU!

BALANCE DUE                              TOTAL    273.75    Thank

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
214-965-9200
Fax 214-303-0405

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 46447   TOT: $273.75
INVOICE #: 49511EDA
DATE: 10/25/04

Law Offices of Rodd Mantell
Attn: Michael McDonnell
700 Stanley Drive
New Britan, CT 06053



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOL

# HB Communications Inc.

Tax ID 060770059

## HB Videoconferencing Reservation Form

Date: Wednesday, October 27, 2004
Time: 2:00 p.m. From: 2:00 p.m. To: 4:30 p.m.
Location: 60 Dodge Avenue, North Haven
Participant(s): Attorney Michael L. McDonnell, Attorney Joseph M. Porto, and the Court Reporter from Niziankiewicz & Miller
NOTE: We will initiate the call; the number is 817-315-4050
# of Attendees: 3.

### Billing Information
Company: Safeco Insurance Company of America, Legal Department
          known as Law Offices, Rodd Mantell, Managing Attorney
Address:  700 Stanley Drive, New Britain, CT 06053

Contact: For Billing: BethGriffin, Office Manager @ 860-827-4351 ext. 225
         For Deposition Confirmation: Loris Pagano, Secretary @ 860-827-4351 ext. 415
Phone #: Main No. 860-827-4351
Fax #:   Main No. 860-827-4386

Credit Card Information
Card Type:_____
Account #:_____
Name on Card:_____
Exp Date:_____

### Charges
Room Rental:        2 hrs at $150.00/hr = $300.00
Premium Rental:     ____ at $225.00/hr
Network:            ____ hrs at _____/hr = _____
Other Charges:_____
Taxes:_____
Total Charges:_____

### Room Rates
$150.00 per hour during Regular Office Hours (8:30am-5:00pm EST)   2½ hours  $375.00
$225.00 per hour *Before* and *After* Regular Business Hours.

### Technical Services
Technician on Standby: $50.00 per hour.

### Dial Out VTC Rates
If HB Communications Dials Out to the other site, additional charges will be incurred, rates are listed below. If the Far End Dials Into HB Communications, these charges do NOT apply.
$50.00 per hour. (384kbps calls)
$30.00 per hour. (128kbps calls)
*International Call Rates quoted separately.*
*See "Videoconferencing Room Rental Charges Sheet" for additional Equipment Rental Fees, Contacts, Phone and fax numbers.

Pattini v Cusano
CTA 01187 2169