**COMPUTER REPORTING SERVICE**
Licensed Shorthand Reporters
One Grandview Terrace
North Haven, Connecticut 06473

Tel. (203) 234-1144                    Fax: (203) 234-0046

TO:   Michael L. McDonnell, Esq.
      700 Stanley Drive
      New Britain, Connecticut 06050              1/27/04

Professional Services Rendered - DC

*Re: Darla Patton fka Darla Dolginoff v. Michael Cusano, Marie Cusano and James Cusano*

Depositions of James & Marie Cusano, taken on behalf of the plaintiff, on January 13, 2004.

Transcript of depositions of James Cusano and Marie Cusano, ordered by Michael L. McDonnell, Esq., on behalf of the defendant(s), Michael Cusano, Marie Cusano and James Cusano.

| Copy of transcripts requested: | | |
|---|---|---|
| | Sales Tax..... | $180.00<br>10.80 |
| | **Amount Due....** | **$190.80** |

RECEIVED
FEB 0 2 '04

Make check payable to COMPUTER REPORTING SERVICE.
Tax ID # 06-1358168

*[handwritten: Payment processed on 2/9/04 VP]*

ARLINGTON MEMORIAL HOSPITAL
800 W. Randol Mill Rd.
Arlington, Texas 76012
817-548-6252

90555

This letter is to confirm that **Law Ofc of Rodd Martell**
has approved a fee of $**276.20** *included postage cert.m* (plus postage, if mailed) for the
Copying of **189** pages of **Darla Dolginoff** medical records,
on this day of **10.27** 2003

MEDICAL RECORD COPY FEES
Effective 9/01/03

Texas Department of Health
Hospital Licensing Division

Pages:

| | |
|---|---|
| 1-10 | $36.01 |
| 11-60 | 1.20 each |
| 61-400 | .60 each |
| 400+ | .31 each |

*payment processed 12.9.03*

~~Microform or other Electronic Medium~~

| | |
|---|---|
| ~~1-10~~ | ~~$54.06~~ |
| ~~11+~~ | ~~1.20 each~~ |

+ Cert Mail 4.05
+ Postage 3.33

$276.20 Total

Please return this form with check
To this **department address only:**

Health Information Management Dept.
Arlington Memorial Hospital
800 W. Randol Mill Rd.
Arlington, Texas 76012

RECORDS MAY BE PICKED UP @ TIME OF PAYMENT

Records will be ~~copied and~~ mailed when payment is received.

FED ID #750972505

* If you have a FEDX acct & you wish us to use it, then send us the # & reduce the charge above by $7. for postal charge

# PBR

*Provider Billing Resources*

Date: __10/6/03__                                  Fax: __1-860-827-4386__

To/Requestor: __CAROLYN HOYT__

Regarding Patient: __DARLA DOLINOFF__

Facility: __SOUTHWEST REHABILITATION__

Per your request for billing records a pre-payment fee is required, payable to PBR. Please mail payment to the address below. Thank you.

Fees:

| | | |
|---|---|---|
| Billing Records | $ 25.00 | |
| Affidavit Fee | | |
| Notary | | |
| Postage/Mailing | $ 0.55 | Total Due: $ 25.55 |

The information contained in this facsimile is privileged and confidential information. This document may contain information, which is protected under state and federal law. The information contained herein is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number below. Thank you.

1926 Silver Street, Suite A
Garland, Texas 75042
TAX ID 75-2877019

Phone: 972.205.9072           Fax: 972.205.9474
aclaramella@earthlink.net

*payment processed 10-9-03 CH*

*resubmitted 11-19-03 by*

Diagnostic Neuroimaging, L.P.

Invoice

Resubmitted
11-19-03

Payment Processed 10-23-03 Carolyn

# JACOB ROSENSTEIN, M.D., F.A.C.S.
### Diplomate American Board Of Neurological Surgery

ATTN: _Carolyn Hoyt_

DATE: _10-5-03_

RE: _Marla Dolginoff_

TOTAL: _$26.80_

THE FOLLOWING SERVICES WILL PROMPTLY BE MAILED TO YOU UPON RECEIPT OF YOUR CHECK.

COPIES OF MEDICAL RECORDS AND ITEMIZED BILL,
(X) 1 - 20 PAGES          $25.00
(X) 21 + PAGES            $0.15  EACH ADDITIONAL PAGE     # OF PAGES _32_

( ) DISABILITY RATING / RANGE OF MOTION / REPORT OF FINDINGS, $1,000.00

( ) A DETAILED NARRATIVE REPORT / LEGAL DOCUMENT, $450.00.

( ) FUNCTIONAL CAPACITY EVALUATION/LIMITATION FORMS $75.00

( ) COMPLETION OF DISABILITY FORMS, $28.00.

( ) AFFIDAVITS / SUBPOENAS WITH AN ITEMIZED STATEMENT, $60.00.

( ) CROSS QUESTIONS / INTERROGATORY QUESTIONS, $1,700.00.

( ) NOTARY FEE, $6.00

( ) A PROPER MEDICAL AUTHORIZATION SIGNED BY THE PATIENT ON YOUR COMPANY LETTERHEAD.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE CALL OUR OFFICE AT 817-467-5551 OR FAX TO 817-465-2775.

THANK YOU FOR YOUR COOPERATION,

_Dayla Stine_
MEDICAL RECORDS DEPARTMENT

TAX I.D. # 75-2036160

_payment processed 10-9-03_

_resubmitted 11-19-03 bg_

TEXAS NEUROSURGICAL CONSULTANTS, P.A. • 800 W. Arbrook Blvd., Suite 150 • Arlington, Texas 76015 • (817) 467-5551

## AMRAS

1926 Silver Street
Garland, Texas 75042
972/272-4335
972/205-9474 Fax

Tax ID # 75-2489907

amrascorp@earthlink.net

Date: 9-30-2003

Rodd Martell

Fax: 860 8274386    Attn.: _____

Patient: Darla Patton
Facility: Southwest Rehab
Reference: _____

Fee:  $ 63

These fees are for medical records only, unless otherwise specified.

Pages: ____    Films: ____

____ Records are ready - Call to schedule pick up.
____ No Records were found regarding this person.
____ There was a problem with your release. Please resubmit your request with a proper authorization.
____ Records are archive.
____ Call with fee approval.

Confidentiality Notice: The information contained in this facsimile is privileged and confidential information. This document may contain information which is protected under state and/or federal law. The information contained herein is intended for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number above. Thank you.

payment processed 10-9-03  CH
resubmitted 11-19-03 by

attn: Kent G. Mantel

## MEDICAL RECORDS FEE SHEET

To: Carolyn Hoyt  
Date: 9-1-3  
RE: D. Patton (Dolgin off) HSDC Acct# 134960

From: Elaine R.  
Fax # 817-472-030[?]  
Ph # 817-472-0841 ext 217

#_____

TO WHOM IT MAY CONCERN,

Medical and/or billing records were requested on the above-mentioned patient. The fee for this service is separate for medical and billing. Each request will be $33.97 for the first 10 pages, $1.13 per page for the 11th through 60th page and $.57 per page for the 61st through 400th page. The fee for any type of films will be $10.00 per sheet. In addition any requests for affidavits or certification of a document will be $1.00 each. Written responses to a written set of questions will be $10.00 each set.

WE REQUEST THAT ALL FEES BE PREPAID. Records will be prepared as soon as payment is received.

*If your request requires notarization on an affidavit you will have to provide that service and call in advance to schedule pick up. we do not provide that service at this time. We will not release records and affidavits separately.*

*If prepayment is not received with in 30 days from the date you receive this letter, your request will be considered void and a new request will be needed. If you send payment and do not pick up the records with in 30 days the records will be considered void, we deposit payments as soon as they are received. Fees are non-refundable.*

Thank you in advance for your cooperation with our office policy. Please feel free to contact me if you have any questions.

MEDICAL RECORDS $ 33.97  
BILLING RECORDS $ 33.97  
FILMS $_____  
AFFIDAVIT $_____  
WRITTEN RESPONSES $_____

TOTAL FEE $ 67.94

*ADDRESS ALL CORRESPONDENCE TO:  
HEALTHSOUTH DIAGNOSTIC CENTER OF ARLINGTON  
601 W. ARBROOK BLVD  
ARLINGTON, TX 76014

The information contained in and transmitted with this facsimile is confidential. It is intended only for the individual or entity designated. You are hereby notified that any dissemination, distribution, copying, or use of the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated by the sender is unauthorized and strictly prohibited.

payment processed 10-9-03 CH

resubmitted 11-19-03 bg

FAXED
1st OCT 0 8 2003   2nd
3rd               4th

# PREPAYMENT INVOICE

Attn: _____ Fax# 860-827-4386

This is an invoice for medical records that you have requested on your client. These medical records will be processed once payment is received. Please remit a copy of this invoice with payment. Please mail your payment to:

**Photo-Stat**
P.O.BOX 154385
IRVING, TEXAS 75015-4385
Fax (972) 251-1740
Metro (972) 251-2679

**Overnight mail**
Photo-Stat
1425 West Pioneer Dr. #246
Irving, Texas 75061

FEDERAL TAX ID # 75-2663984

Invoice Date: *October 9, 2003*   Facility # 3059   Page Count 123

Account Name: Michael McDonnell

Facility Name: Neuro Assoc of Arlington

Patient Name: Dolginoff, Daria

Base Fee 10                               $ 36.01

13 Pgs at 1.20 per page                   15.60

___ Pgs at ___ per page                   _____

___ Pgs at ___ per page                   _____

___ Pgs at ___ per page                   _____

__ Medical

__ Billing

Notary Fee                                _____

Legals                                    _____

Shipping and Handling                     3.00

Less Payment                              _____

BALANCE DUE                               $ 54.61

*Prepayment invoices are faxed once a week, beginning with the invoice date.*
This is to better serve you.

payment processed
10-9-03 CH           OK



# GEOMATRIX productions

# Invoice

| Date | Invoice # |
|---|---|
| 2/23/2005 | 9558 |

To:
Michael McDonnell, Esquire
L.O. of Rodd J. Mantell/SAFECO
PO Box 9011
New Britain, CT 06050-9011

| Description | Rate | Amount |
|---|---|---|
| RE: Patten" Hartford Federal Court February 14, 15, 2005 - Projection System & Lap Top - Full Days February 16, 2005 - Projection System ( monitors on standby at no charge) | 2,650.00 | 2,650.00T |
| Expenses - Auto-Travel | 134.64 | 134.64 |

It's been a pleasure working with you!

| Subtotal | $2,784.64 |
|---|---|
| Sales Tax (6.0%) | $159.00 |
| Total | $2,943.64 |

↳ Defendant's Share = $1471.82

Div. of Bavier, Bulger & Goodyear, Inc. Tax ID# 06-0859667

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

02/23/2005 WED 16:11 [TX/RX NO 7070] @002