UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Darla Patton fka Darla Dolginoff | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| James Cusano | : | March 9, 2005 |

**REQUEST THAT COURT RESERVE RULING IN ANTICIPATION OF
PLAINTIFF'S REPLY BRIEF**

The plaintiff, Darla Patton, respectfully requests that the court reserve its decision on the plaintiff's Motion for New Trial until it has considered the plaintiff's reply brief to the defendant's objection. The plaintiff requests ten days from the defendant's objection to file her brief, ergo, March 18, 2005.

Therefore, the plaintiff respectfully requests that the court reserve its decision on the plaintiff's Motion for New Trial until after March 18, 2005 so that the plaintiff may file a reply brief to the defendant's objection. The undersigned represents that he spoke with defense counsel on March 8, 2005, and there is no objection to this request.

I:\persinj\Dolginoff\pleading\Req. file Reply to Obj. to Mot. New Trial.doc

The Plaintiff,
Darla Patton

By: _____
John Michael Parese
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered this 9th day of March, 2005, to all counsel and parties of record as follows:

**COUNSEL FOR James Cusano**

Michael L. McDonnell, Esq.
700 Stanley Drive
New Britain, CT 06050

_____
John Michael Parese
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT25291