FILED

2005 MAR 10 A 10: 16

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Darla Patton fka Darla Dolginoff** | : | Civil Action No.: 303CV01034 |
| | : | (AVC) |
| vs. | : | |
| | : | |
| **James Cusano** | : | March 9, 2005 |

### REQUEST THAT COURT RESERVE RULING IN ANTICIPATION OF PLAINTIFF'S REPLY BRIEF

The plaintiff, Darla Patton, respectfully requests that the court reserve its decision on the plaintiff's Motion for New Trial until it has considered the plaintiff's reply brief to the defendant's objection. The plaintiff requests ten days from the defendant's objection to file her brief, ergo, March 18, 2005.

Therefore, the plaintiff respectfully requests that the court reserve its decision on the plaintiff's Motion for New Trial until after March 18, 2005 so that the plaintiff may file a reply brief to the defendant's objection. The undersigned represents that he spoke with defense counsel on March 8, 2005, and there is no objection to this request.

3:03CV1034(AVC) March 10, 2005. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

I:\persinj\Dolginoff\pleading\Req. file Reply to Obj. to Mot. New Trial.doc