## SOUTHWEST REHABILITATION ASSOCIATES
*Physical Medicine and Rehabilitation*

*Richard R. Jones, M.D.*
*Jeanette L. Colson, M.D.*
*Ahn Q. Nguyen, M.D.*

*2800 West 15th Street*
*Plano, TX 75075*
*(972) 612-9105 Fax (972) 612-9172*

June 27, 2001

**EVALUATION**
**RE:   DARLA DOLGINOFF**

Darla is here today for an evaluation. She was hit on the head when she was on vacation in Las Vegas. She got dazed a little bit and a large goose-sized welt developed over her right occipital lobe. This occurred on June 23, 2001.

**PHYSICAL EXAMINATION:** Shows some tightness of the trapezius and paraspinal muscles. Good range of motion of the upper extremities. Decreased range of motion of the cervical spine.

**ASSESSMENT:** Hopefully a temporary setback for this individual who has chronic cervical pain, as well as chronic pain syndrome. She has been doing well over the eight years I have been following her conservatively with the same medication. At this point in time, we will just increase her medication temporarily and then reevaluate in three to four weeks. She takes Tranxene and Anaprox.

_____
RICHARD R. JONES, M.D.

RRJ:at12
D: 07/02/01; T: 07/03/01; Job: 213152

Attn: Dr. Richard Jones [illegible]

Current Date/Time: 08/21/2001 - 1220

**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/548-6270 • Fax 817/548-6350

Name: DOLGINOFF, DARLA
UNIT # M000710122  Dob: 05/22/1948
Exam Date: 06/14/1999
Location: RAD

Doctor: SMISP - SMITH, SPENCER MD

---

:: CERVICAL SPINE W/O CONT

[EX]TENDED MRI CERVICAL SPINE W/O CONTRAST

[CL]INICAL HISTORY: Headaches and neck pain and left finger tingling.

[T]ECHNIQUE:

[Sa]gittal T1, sagittal turbo spin-echo, proton density, T2, and axial [g]radient echo T2* weighted images of the cervical spine were obtained. [T]here are over 70 images.

[FI]NDINGS:

[Comp]arison is made with a prior magnetic resonance imaging exam from [6]-29-95 at Plano Imaging.

[At] the C5-6 level there is a stable small 3 mm left posterior disc [pr]otrusion with accompanying small intervertebral spurs which mildly [e]ncroaches upon the left lateral recess and upon the mouth of the left [ne]ural foramen. There is stable moderate disc desiccation and disc [na]rrowing, intervertebral spurring, and uncovertebral spurring at this [l]evel. The central spinal canal is at the lower limits of normal in size at 11 mm in AP diameter. The right neural foramen is normal in [ca]liber.

At the C6-7 level there was formerly a right posterior disc herniation [wh]ich is no longer clearly seen and which appears to have been largely [ab]sorbed. There is moderate persistent circumferential intervertebral [s]purring and uncovertebral spurring, and there is generalized annulus [b]ulging along with a small 3 mm broad-based posterocentral disc [pr]otrusion. The protruding disc and spurs mildly encroach upon the [ce]ntral aspect of the thecal sac without affecting the spinal cord. The central spinal canal is at the lower limits of normal in size at [1]1 mm in AP diameter. Both neural foramina are normal in caliber.

[P]AGE 1                    ARCHIVE COPY                    (CONTINUED)



Current Date/Time: 08/21/2001 - 1220

**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/648-6270 • Fax 817/548-6350

Name: DOLGINOFF, DARLA
UNIT # M000710122  Dob: 05/22/1948
Exam Date: 06/14/1999
Location: RAD

Doctor: SMISP - SMITH, SPENCER MD

Re: CERVICAL SPINE W/O CONT    (CONTINUATION)

At the C4-5 level there is minimal stable anterior intervertebral spurring. The central spinal canal and the neural foramina are unremarkable.

At the C3-4 level there is stable mild anterior intervertebral spurring and bilateral uncovertebral spurring. The central spinal canal and the neural foramina are normal in appearance.

At the T3-4 level there is mild right posterior intervertebral spurring.

C2-3, C7-T1, and T1-2 levels are well maintained.

There is minimal persistent kyphotic curvature of the lower cervical spine which is centered on C-5 and C-6. No focal cervical subluxation is noted. A 7 mm interosseous hemangioma is again observed in the C-7 vertebral body.

The spinal cord is normal in caliber, contour, and intrinsic signal intensity. The cervicomedullary junction is unremarkable. No abnormality of the precervical soft tissues is seen.

OPINION:

STABLE SMALL LEFT POSTERIOR DISC PROTRUSION AND MODERATE DEGENERATIVE SPONDYLOSIS AT THE C5-6 LEVEL. THE LEFT NEURAL FORAMEN IS MILDLY STENOTIC AT THIS LEVEL.

SMALL POSTERIOR DISC PROTRUSION AND MODERATE DEGENERATIVE SPONDYLOSIS AT THE C6-7 LEVEL. A PRIOR LARGER RIGHT POSTERIOR DISC HERNIATION SEEN ON THE 1995 MRI EXAM HAS ESSENTIALLY RESOLVED.

PAGE 2                    ARCHIVE COPY                    (CONTINUED)



Current Date/Time: 08/21/2001 - 1220

**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/548-6270 • Fax 817/548-6350

Name: DOLGINOFF, DARLA
UNIT # M000710122 Dob: 05/22/1948
Exam Date: 06/14/1999
Location: RAD

Doctor: SMISP - SMITH, SPENCER MD

Re: CERVICAL SPINE W/O CONT   (CONTINUATION)

STABLE MILD SPONDYLOTIC SPURRING AT THE C4-5, C3-4, AND T3-4 LEVELS.
STABLE SLIGHT KYPHOTIC CURVATURE OF THE LOWER CERVICAL SPINE.

OPINION:
STABLE SMALL LEFT POSTERIOR DISC PROTRUSION AND MODERATE DEGENERATIVE SPONDYLOSIS AT THE C5-6 LEVEL. THE LEFT NEURAL FORAMEN IS MILDLY STENOTIC AT THIS LEVEL.
SMALL POSTERIOR DISC PROTRUSION AND MODERATE DEGENERATIVE SPONDYLOSIS AT THE C6-7 LEVEL. A PRIOR LARGER RIGHT POSTERIOR DISC HERNIATION SEEN ON THE 1995 MRI EXAM HAS ESSENTIALLY RESOLVED.
STABLE MILD SPONDYLOTIC SPURRING AT THE C4-5, C3-4, AND T3-4 LEVELS.
STABLE SLIGHT KYPHOTIC CURVATURE OF THE LOWER CERVICAL SPINE.

6/14/1999
Transcribed By: XTCOXPA - Cox, Patricia

SMISP - SMITH, SPENCER MD

PAGE 3                    ARCHIVE COPY



**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/548-6270 • Fax 817/548-6350

2CD

```
Name: DOLGINOFF, DARLA
Phys: Outpt, Ancillary*
DoB: 05/22/1948  Age: 53       Sex: F
Acct: V00007114689  Loc: RAD
Exam Date: 08/14/2001  Status: REG REF
Radiology No:
Unit No: M000710122
```

```
EXAM#      TYPE/EXAM                              RESULT
000753692  RADMRI/CERVICAL SPINE W/O CONT
000753693  RADMRI/THORACIC SPINE W/O CONT
000753695  RADMRI/INTERNAL AUDITORY CANAL
```

MRI OF THE CERVICAL SPINE:

INDICATIONS: Trauma with dizziness, neck sprain and neck pain.

FINDINGS: T1 and T2-weighted sagittal as well as T2-weighted axial images were obtained. A total of 53 images was acquired.

There is reversal of the normal cervical lordotic curvature, which may be positional in nature. No subluxations. The cervical spinal cord is normal in size, contour, and signal intensity throughout its course. Note is made of a vertebral body hemangioma involving C7. Each individual interspace will be discussed independently in the impression.

IMPRESSION:

C2-C3 INTERSPACE: NO EVIDENCE OF DISC HERNIATION, CENTRAL CANAL STENOSIS OR NEURAL FORAMINAL STENOSIS.

C3-C4 INTERSPACE: NO EVIDENCE OF DISC HERNIATION, CENTRAL CANAL STENOSIS OR NEURAL FORAMINAL STENOSIS.

C4-C5 INTERSPACE: NO EVIDENCE OF DISC HERNIATION, CENTRAL CANAL STENOSIS OR NEURAL FORAMINAL STENOSIS.

C5-C6 INTERSPACE: SPONDYLITIC CHANGE PRESENT AT THIS LEVEL, PREDOMINANTLY ON THE LEFT. THERE IS A SMALL LEFT-SIDED PROTRUSION OF THE DISC AT THIS LEVEL, AND FINDINGS ARE PRODUCING MILD LEFT-SIDED NEURAL FORAMINAL STENOSIS. NO SIGNIFICANT CENTRAL CANAL OR RIGHT-SIDED NEURAL FORAMINAL STENOSIS.

C6-C7 INTERSPACE: POSTERIOR BONY RIDGING PRESENT AT THIS LEVEL WITH AN ASSOCIATED POSTERIOR DISC BULGE. FINDINGS ARE PRODUCING SOME EFFACEMENT OF THE ANTERIOR SUBARACHNOID SPACE WITHOUT SIGNIFICANT CENTRAL CANAL OR NEURAL FORAMINAL STENOSIS.

PAGE 1                    Signed Report                    (CONTINUED)



**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/548-6270 • Fax 817/548-6350

Name: DOLGINOFF, DARLA
Phys: Outpt, Ancillary*
Dob: 05/22/1948 Age: 53    Sex: F
Acct: V00007114689 Loc: RAD
Exam Date: 08/14/2001 Status: REG REF
Radiology No:
Unit No: M000710122

1-200

```
EXAM#       TYPE/EXAM                                RESULT
000753692   RADMRI/CERVICAL SPINE W/O CONT
000753693   RADMRI/THORACIC SPINE W/O CONT
000753695   RADMRI/INTERNAL AUDITORY CANAL
            <Continued>
```

C7-T1 INTERSPACE: NO EVIDENCE OF DISC HERNIATION, CENTRAL CANAL STENOSIS, OR NEURAL FORAMINAL STENOSIS.

SCAN EXTENDS INTO THE UPPER THORACIC SPINE, AND NOTE IS MADE OF A CENTRAL DISC PROTRUSION AT THE T3-T4 LEVEL PRODUCING EFFACEMENT OF THE ANTERIOR SUBARACHNOID SPACE WITHOUT EVIDENCE OF CORD IMPINGEMENT OR CORD FLATTENING.

MRI SCAN OF THE THORACIC SPINE:

INDICATIONS: Trauma with back pain and dizziness.

FINDINGS: T1 and T2-weighted sagittal as well as T2-weighted axial images were obtained. A total of 74 images were acquired.

Alignment of the thoracic spine is normal. There is a posterior central disc protrusion at T3-T4 producing some effacement of the anterior subarachnoid space without cord flattening or cord impingement. No other evidence of disc herniation. No neural foraminal stenosis at any level. Involving the right T6-T7 neural foramen is a 7 x 6-mm lesion, which is hypointense on T1-weighted imaging and hyperintense on T2-weighted imaging and consistent with a perineural cyst. Exam is otherwise unremarkable.

IMPRESSION:

CENTRAL DISC PROTRUSION AT T3-T4 PRODUCING SOME EFFACEMENT OF THE ANTERIOR SUBARACHNOID SPACE WITHOUT CORD FLATTENING OF CORD IMPINGEMENT.

PROBABLE RIGHT-SIDED PERINEURAL CYST AT T6-T7.

MRI SCAN OF THE BRAIN AND INTERNAL AUDITORY CANALS:

PAGE 2                          Signed Report                    (CONTINUED)



**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012
Department of Radiology
817/548-6270 • Fax 817/548-6350

```
Name: DOLGINOFF, DARLA
Phys: Outpt, Ancillary*
Dob: 05/22/1948  Age: 53        Sex: F
Acct: V00007114689 Loc: RAD
Exam Date: 08/14/2001 Status: REG REF
Radiology No:
Unit No: M000710122
```

-200

```
EXAM#       TYPE/EXAM                           RESULT
000753692  RADMRI/CERVICAL SPINE W/O CONT
000753693  RADMRI/THORACIC SPINE W/O CONT
000753695  RADMRI/INTERNAL AUDITORY CANAL
           <Continued>
```

INDICATIONS: Head trauma with dizziness.

FINDINGS: T1-weighted sagittal, T2 axial, FLAIR axial and postgadolinium T1-weighted axial images of the brain were obtained. Thin-section pre- and post T1-weighted axial as well as post T1-weighted coronal images through the internal auditory canal were obtained. A total of 136 images was acquired. 11 cc of Omniscan was injected intravenously.

There are no areas of abnormal intracranial signal intensity. There is no mass effect or midline shift. The ventricles are normal in size, shape and position. There are no areas of abnormal contrast enhancement. Specifically, the 7th-8th nerve complexes are unremarkable in appearance bilaterally. Appropriate flow voids are identified. The craniocervical junction is normal in appearance. The visualized paranasal sinuses are free of disease. No other significant findings.

IMPRESSION:

UNREMARKABLE MRI SCAN OF THE BRAIN.

PAGE 3                    Signed Report                    (CONTINUED)



**Arlington Memorial Hospital**
800 West Randol Mill Road
Arlington, Texas 76012

Department of Radiology
817/548-6270 • Fax 817/548-6350

-200

```
Name: DOLGINOFF, DARLA
Phys: Outpt, Ancillary*
Dob: 05/22/1948  Age: 53        Sex: F
Acct: V00007114689  Loc: RAD
Exam Date: 08/14/2001  Status: REG REF
Radiology No:
Unit No: M000710122
```

```
EXAM#      TYPE/EXAM                           RESULT
000753692  RADMRI/CERVICAL SPINE W/O CONT
000753693  RADMRI/THORACIC SPINE W/O CONT
000753695  RADMRI/INTERNAL AUDITORY CANAL
           <Continued>

    D50608


              ** REPORT SIGNATURE ON FILE 08/15/2001 **
              Reported By: EVANS, JOHN MD
              Signed By:   Evans, John
```

```
    Cc: Carlton, Charles A*; Outpt, Ancillary*

    Technologist: THOMSON, REBECCA RT(R)
    Transcribed Date/Time: 08/15/2001 (0751)
    Transcriptionist: FRIPA
    Printed Date/Time: 08/21/2001 (1156)   Batch No: 15059

PAGE 4                        Signed Report
```

1    Q.   Yes, please. You have to say yes, if that's
2  correct.
3    A.   Yes.
4    Q.   Now, would it be possible for you to to
5  summarize for the jury based on your clinical,
6  professional experience the changes that you noted
7  occurred between the time you treated Ms. Patton ending
8  in 1995 and then versus the mental or emotional
9  condition she had when you concluded your treatment for
10  her in, I believe, it was 2003?
11    A.   I would say that we were successful in the
12  prior course of therapy terminating on July 22 of 1995
13  in several regards. In consequence of that therapy,
14  she did achieve the ability re-achieved the ability to
15  drive a car. I believe she drove a car up until the
16  casino incident. She settled down with regard to her
17  work situation. No news from Ms. Dolginoff is good
18  news. So I assume that from '95 until 2002 when I
19  resumed treatment with her, that basically on all
20  fronts, life had become livable and balanced.
21    Q.   And then how does that contrast with how your
22  treatment left off with her in 2003?
23    A.   The treatment that terminated on September 24
24  of 2003 had no such closure at all. As I reported to
25  you earlier, and I'm just re-emphasizing this because

SCRIBES, INC.

```
1    it's so frustrating to me, the practitioner, to be told
2    by a patient, "You can't help me. Your MO, your method
3    of treatment is not working with me because I hate the
4    present as much as I hate the past and future." So I
5    would say there was a marked contrast between the two
6    terminations.
7         Q.   Okay.
8         A.   One very successful. One not at all.
9         Q.   And Dr. Weaver, do you have an opinion --
10   again, based on your clinical and professional
11   opinion -- of whether the incident that occurred in Las
12   Vegas in 2001 was a substantial factor in Ms. Patton
13   indicating that she hated the past, present and future?
14        A.   Absolutely. It was a substantial factor.
15        Q.   Okay. Thank you. I have no further
16   questions, but my suspicion is opposing counsel does.
17   CROSS-EXAMINATION
18   BY MR. McDONNELL:
19        Q.   Ready to continue, Doctor?
20        A.   I am, sir.
21        Q.   Okay. Doctor, my name's Michael McDonnell.
22   I represent the defendants in this matter, and I do
23   have a few questions for you this afternoon.
24             What I'd like to begin with, Doctor, is your
25   initial treatment with Ms. Patton; and I believe it
```